UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 20-7961 MWF (JEMx)**                                    Date:  October 02, 2020

Title   **Kimberly Robinson v. BMW of North America, LLC, et al..**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Notice of Removal was filed on August 31, 2020.  (Docket No. 1).  Counsel for removing Defendant BMW of North America, LLC ("BMW") indicates that BMW was served with the state court complaint on March 3, 2020, and that this case became removable on August 14, 2020 when Plaintiff dismissed Defendant Rusnak BMW.  Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2)(C), Defendant BMW's response to the Complaint was due September 8, 2020.

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 16, 2020**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant BMW.
  OR
- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant BMW.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 20-7961 MWF (JEMx)**                                            Date:  October 02, 2020

Title          **Kimberly Robinson v.  BMW of North America, LLC, et al..**

respond to the Order to Show Cause by **OCTOBER 16, 2020** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm